**JAW LEGAL**
Jared A. Washkowitz  (7653)
1050 Bishop Street #450
Honolulu, Hawaii 96813
Tel: 808-840-7410
Fax: 415-520-9729
Email: jw102475@gmail.com

Attorney for Plaintiff
CHRISTOPHER J. CAVALERI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CHRISTOPHER J. CAVALERI, | ) | CIVIL NO.: 17-00467 RLP |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |
| | ) | |
| vs. | ) | |
| | ) | |
| BLUE DOLPHIN CHARTERS, LTD.; DOE DEFENDANTS 1-20, DOE CORPORATIONS, 1-20, DOE GOVERNMENT AGENCIES 1-20, DOE PARTNERSHIPS 1-20, | ) | (In Admiralty) |
| | ) | Judge: Hon. Richard L. Puglisi |
| | ) | |
| | ) | Trial Date: January 14, 2019 |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS**

Plaintiff CHRISTOPHER J. CAVALERI (herein "CAVALERI" or "Plaintiff"), and Defedant PORT ALLEN BOAT TOURS LLC errouneously sued herein as BLUE DOLPHIN CHARTERS LTD. (herein "Defendant") by and

-1-

through their undersigned counsel and pursusant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and L.R. 41.1. hereby stipulate to dismiss with prejudice all claims set forth in this matter, each party to bear their own attorney's fees and costs.  There are no remaining claims in this matter.

    IT IS SO STIPULATED.

    DATED: Honolulu, Hawaii, August 28, 2018

                              _/s/Jared A. Washkowitz_____
                              JARED A. WASHKOWITZ
                              Attorneys for Plaintiff
                              CHRISTOPHER J. CAVALERI

    DATED: Honolulu, Hawaii, August 28, 2018

                              _/s/Richard A. Lesser_____
                              RICHARD A. LESSER
                              Attorneys for Defendant PORT ALLEN
                              BOAT TOURS LLC errouneously sued as
                              BLUE DOLPHIN CHARTERS LTD.

## **APPROVED AS TO FORM**

    The above sitpulation is hereby approved.  This matter is hereby dismissed with prejudice, each party to bear its own costs and attorneys fees.  There are no remaining claims.

    IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, SETPEMBER 4, 2018.



_____
Richard L. Puglisi
United States Magistrate Judge

**CAVALERI vs. BLUE DOLPHIN CHARTERS, LTD.; ET AL.; CIVIL NO.: 17-00467 RLP; STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS**